UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARRI D. WOODHOUSE,

               Plaintiff,

-against-

NEIMAN-MARCUS RETAIL STORE; ET AL.,

               Defendants.

1:25-CV-6499 (LTS)

ORDER DIRECTING SIGNATURE

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. Plaintiff submitted the complaint, the application to proceed without prepayment of fees ("IFP application") and the prisoner authorization without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

      Plaintiff is directed to submit the signature pages of the complaint, IFP application, and the prisoner authorization with an original signature to the Court within thirty days of the date of this order. A copy of the signature pages is attached to this order.

      No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 14, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated _____          Plaintiff's Signature _____

First Name _____  Middle Initial _____  Last Name _____

Prison Address _____

County, City _____  State _____  Zip Code _____

Date on which I am delivering this complaint to prison authorities for mailing: _____

(c) Pension, annuity, or life insurance payments     ☐ Yes     ☒ No

(d) Disability or worker's compensation payments     ☐ Yes     ☒ No

(e) Gifts or inheritances     ☐ Yes     ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)     ☐ Yes     ☒ No

(g) Any other sources     ☐ Yes     ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

                                         Friends  And  some  Family

4. How much money do you have in cash or in a checking, savings, or inmate account?

    0$

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

    None

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

    No

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:
    No

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| Dated | Signature |
|---|---|
| Woodhouse   Darri D | #6542 |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| 10 Woods Road | Valhalla | new York | 10595 |
|---|---|---|---|
| Address | City | State | Zip Code |

| Telephone Number | E-mail Address (if available) |
|---|---|

IFP Application, page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Darri D woodhouse #6542
(full name of the plaintiff/petitioner)

-against-

25 CV 6499
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

Neiman-Marcus, Charles Diaz loss-prevention

Sonia Sanchez loss-prevention, Officer Betancourt white plains.
(full name(s) of the defendant(s)/respondent(s))

RECEIVED AUG 0 5 2025 PRO SE OFFICE

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

| Date | Signature |
|---|---|
| Darri D Woodhouse | #6542 |
| Name (Last, First, MI) | Prison Identification # |
| 10 Woods Road | Valhalla   NY   10595 |
| Address | City    State    Zip Code |

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16