UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRI D. WOODHOUSE,<br><br>        Plaintiff,<br><br>  -against-<br><br>NEIMAN-MARCUS WHITE PLAINS NEW YORK, et al.,<br><br>        Defendants. | 1:25-CV-6499 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated August 14, 2025, the Court directed Plaintiff, within 30 days, to resubmit the signature pages of his complaint, *in forma pauperis* ("IFP") application, and prisoner authorization with original signatures. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted the signed signature pages. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 11(a).

  The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: October 23, 2025
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge