UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRI D. WOODHOUSE,<br><br>       Plaintiff,<br><br> -against-<br><br>NEIMAN-MARCUS WHITE PLAINS NEW YORK, ET AL.,<br><br>       Defendants. | 25cv6499 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 23, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: October 24, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge